UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 18994
    JOHN JOVANOVICH
                                           CHAPTER 13

                                           JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-9608

--------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/24/08 .

    2.  The case was dismissed without confirmation, 10/03/2008.

--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRP FINANCIAL SERVICES C | CURRENT MORTG | .00 | .00 | .00 |
| GRP FINANCIAL SERVICES C | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| IRWIN MTGE CO | SECURED | .00 | .00 | .00 |
| IRWIN MTGE CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | PRIORITY | NOT FILED | .00 | .00 |
| CCB CREDIT SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS FINANCIAL GROU | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |

                 Summary of disbursements:
--------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, MICHELOTTI & ASSOCIATES LTD   , was allowed $       .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/21/09                 /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE

```
                       PAGE   2
CASE NO. 08 B 18994 JOHN JOVANOVICH
```